<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7645**

NORMAN RATTLIFF, JR.,

Plaintiff - Appellant,

v.

GERALD MCPEAK, Superintendent, New River Valley Regional
Jail; N. H. PELKINS, Correctional Officer Supervisor, New
River Valley Regional Jail; JOHN DOE, JR., Primary Care
Physician, New River Valley Regional Jail,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District
Judge.  (7:08-cv-00551-gec-mfu)

Submitted:  December 8, 2010      Decided:  December 23, 2010

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norman Rattliff, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Rattliff, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006), for failure to state a claim, and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rattliff v. McPeak, No. 7:08-cv-00551-gec-mfu (W.D. Va. Dec. 31, 2008 & Mar. 19, 2009). Further, we deny Rattliff's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED